# United States Bankruptcy Court
## Northern District of Georgia

In re  **Fouad M Mohamed**                                                    Case No.  **21-54015**
Debtor(s)                                                                     Chapter   **7**

## STATEMENT REGARDING PAY STUBS (11 U.S.C. §521(A)(1))

I, __Fouad M Mohamed__, hereby certify that during the 60 day period preceding the filing of my bankruptcy petition in this case, I did not receive pay stubs from an employer because:

■   I am unemployed; or

☐   I am self-employed; or

☐   My employer did not provide pay stubs.

☐   Other
_____
_____
_____

Date  **May 26, 2021**                     Signature   **/s/ Fouad M Mohamed**
                                                       **Fouad M Mohamed**
                                                       Debtor